## STATE *v.* JONES.

[65 South. 511.]

CRIMINAL LAW. *Appeal. Decisions reviewable. Academic question.*
     The supreme court will not consider or decide purely academic or abstract questions of law in cases appealed by the state after acquittal.

APPEAL from the circuit court of Forrest county.

HON. P. B. JOHNSON, Judge.

W. F. Jones and others were acquitted of crime and the state appeals.

The facts are sufficiently stated in the opinion of the court.

COOK, J., delivered the opinion of the court.

The attorney-general in his brief says:

"The case is ended finally and conclusively by the verdict of not guilty. Nothing more can be done, no matter what this honorable court may do upon this appeal. This question is purely academic. This court has, on several occasions, declined to consider or decide purely academic or abstract questions of law in cases appealed by the state."

Without considering the point raised by the appeal, the judgment is affirmed.

*Affirmed.*